## UNITED STATES of America, Plaintiff–Appellee,

v.

## Tony MORRIS, Defendant–Appellant.

### No. 11–2544.

United States Court of Appeals, Seventh Circuit.

Submitted Dec. 20, 2011.*

Decided June 11, 2012.

Lisa A. Wesley, Attorney, Office of the United States Attorney, Milwaukee, WI, for Plaintiff–Appellee.

Tony Morris, Adelanto, CA, pro se.

Before Frank H. Easterbrook, Chief Judge, RICHARD A. POSNER, Circuit Judge, ANN CLAIRE WILLIAMS, Circuit Judge.

---

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the rec-

**Order**

This appeal is a replay of *United States v. Redd,* 630 F.3d 649 (7th Cir.2011). Defendant asked for a reduction under a retroactive Guideline. The judge reduced the sentence, but not as much as Morris desired. He did not appeal. Several months later, Morris again asked the district judge for a lower sentence. *Redd* holds that this sequence is not permissible. Once a district judge resolves an application under § 3582(c)(2), the defendant can't file another—and *Redd* holds that a motion for reconsideration filed after the time for appeal has expired must be treated as a fresh application. Morris's second request, whether treated as a new motion or as a request for reconsideration, therefore was properly denied, and the district court's decision is affirmed.

ord, we have concluded that oral argument is unnecessary. See Fed. R.App. P. 34(a); Cir. R. 34(f)